FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-12524 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KOTHA, POORNIMA R | | | | Date Filed (f) or Converted (c): | 12/17/2015 (f) |
| | JAWAHARLAL KOTHA | | | | 341(a) Meeting Date: | 01/19/2016 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 04/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 20617 WHITEBUD COURT TAMPA FL 33647-0000 HILLSBOROUGH | 108,996.50 | 217,993.00 | | 0.00 | FA |
| 2. 8783 CHRISTIE DRIVE LARGO FL 33771-0000 PINELLAS | 37,840.50 | 75,681.00 | | 0.00 | FA |
| 3. 7765 75TH WAY NORTH PINELLAS PARK FL 33781-0000 PINELLAS | 87,010.00 | 174,020.00 | | 0.00 | FA |
| 4. 13126 THOROUGHBRED LOOP LARGO FL 33773-0000 PINELLAS | 42,291.00 | 84,582.00 | | 0.00 | FA |
| 5. 8876 CHRISTIE DRIVE LARGO FL 33771-0000 PINELLAS | 37,840.50 | 75,681.00 | | 0.00 | FA |
| 6. 13911 ABBEY LANE LARGO FL 33771-0000 PINELLAS | 53,578.50 | 107,157.00 | | 0.00 | FA |
| 7. 7383 UNIVERSAL BLVD., UNIT NO.: 110 ORLANDO FL 32819-0000 O | 45,966.75 | 183,867.00 | | 0.00 | FA |
| 8. 3 BEDS AND A DAYBED ($235), 2 DRESSERS ($65), 4 NIGHTSTANDS | 1,752.25 | 0.00 | | 0.00 | FA |
| 9. MIRRORS AND WALL ART ($500.50); PLANTS ($19.50); BOOKS ($145 | 332.50 | 0.00 | | 0.00 | FA |
| 10. GOLF CLUBS ($40), CAMERAS ($30) AND BICYCLES ($50) | 60.00 | 0.00 | | 0.00 | FA |
| 11. CLOTHING & APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 12. BRACELETS ($25), EARRINGS ($110), RINGS ($60) AND COSTUME JE | 275.00 | 0.00 | | 0.00 | FA |
| 13. CASH | 240.00 | 0.00 | | 0.00 | FA |
| 14. BANK OF AMERICA CHECKING (7200) TOTAL BALANCE = $3,438.23 | 1,719.12 | 0.00 | | 0.00 | FA |
| 15. PNC BANK CHECKING (1827) | 2,253.07 | 0.00 | | 0.00 | FA |
| 16. BANK OF AMERICA SAVINGS (9173) TOTAL BALANCE = $6,569.24 | 3,284.62 | 0.00 | | 0.00 | FA |
| 17. PNC BANK SAVINGS (5761) | 1,000.02 | 0.00 | | 0.00 | FA |
| 18. PNC BANK SAVINGS (9368) | 8,860.71 | 0.00 | | 0.00 | FA |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 15-12524 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KOTHA, POORNIMA R | | | | Date Filed (f) or Converted (c): | 12/17/2015 (f) |
| | JAWAHARLAL KOTHA | | | | 341(a) Meeting Date: | 01/19/2016 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 04/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. WELLS FARGO CHECKING (6878) TOTAL BALANCE = $10.47 | 5.24 | 0.00 | | 0.00 | FA |
| 20. WELLS FARGO CHECKING (7579) TOTAL BALANCE = $18.37 | 9.19 | 0.00 | | 0.00 | FA |
| 21. WELLS FARGO BUSINESS CHECKING (2599) *LEFTOVER CHECKING ACCO | 21.76 | 0.00 | | 0.00 | FA |
| 22. BUSINESS CHECKING HELD BY BANK OF AMERICA (7242) TOTAL BALAN | 0.05 | 0.00 | | 0.00 | FA |
| 23. BARE LEGAL TITLE: CUSTODIAL ACCOUNT HELD BY PNC BANK (7634) | 0.00 | 0.00 | | 0.00 | FA |
| 24. HSA ACCOUNT HELD BY STERLING | 6,854.39 | 0.00 | | 0.00 | FA |
| 25. BARE LEGAL TITLE: CUSTODIAL ACCOUNT HELD BY PNC BANK (7642) | 0.00 | 0.00 | | 0.00 | FA |
| 26. BARE LEGAL TITLE: CUSTODIAL ACCOUNT HELD BY PNC BANK (7669) | 0.00 | 0.00 | | 0.00 | FA |
| 27. BARE LEGAL TITLE: CUSTODIAL ACCOUNT HELD BY PNC BANK (0892) | 0.00 | 0.00 | | 0.00 | FA |
| 28. MOSAIC PROPERTIES, LLC; ASSETS = COMPUTER ($300); TABLETS ( | 0.00 | 0.00 | | 0.00 | FA |
| 29. FIDELITY ROTH IRA ACCOUNT | 9,808.00 | 0.00 | | 0.00 | FA |
| 30. 401K | 113,469.00 | 0.00 | | 0.00 | FA |
| 31. 401(K) | 92,510.00 | 0.00 | | 0.00 | FA |
| 32. IRA | 13,794.00 | 0.00 | | 0.00 | FA |
| 33. ANNUITY HELD BY FIDELITY ($13,500) | 6,750.00 | 0.00 | | 0.00 | FA |
| 34. ANNUITY HELD BY LINCOLN FINANCIAL ($22,000) | 11,000.00 | 0.00 | | 0.00 | FA |
| 35. ANNUITY HELD BY METLIFE ($134,500) | 67,250.00 | 0.00 | | 0.00 | FA |
| 36. ANNUITY HELD BY PRUDENTIAL ($34,000) | 17,000.00 | 0.00 | | 0.00 | FA |
| 37. AAA TERM LIFE POLICY (SPOUSE IS INSURED; DEATH BENEFIT OF $2 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-12524 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KOTHA, POORNIMA R | | | | Date Filed (f) or Converted (c): | 12/17/2015 (f) |
| | JAWAHARLAL KOTHA | | | | 341(a) Meeting Date: | 01/19/2016 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 04/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38. MUTUAL OF OMAHA TERM LIFE POLICY (DEBTOR IS INSURED; DEATH B | 0.00 | 0.00 | | 0.00 | FA |
| 39. GROUP UNIVERSAL LIFE TERM LIFE POLICY (SPOUSE IS INSURED; DE | 0.00 | 0.00 | | 0.00 | FA |
| 40. AAA TERM LIFE POLICY (DEBTOR IS INSURED; DEATH BENEFIT OF $2 | 0.00 | 0.00 | | 0.00 | FA |
| 41. LINCOLN BENEFIT TERM LIFE POLICY (DEBTOR IS INSURED; DEATH B | 0.00 | 0.00 | | 0.00 | FA |
| 42. UL MUTUAL OF OMAHA WHOLE LIFE POLICY (SPOUSE IS INSURED; DEA | 0.00 | 0.00 | | 0.00 | FA |
| 43. UL MUTUAL OF OMAHA WHOLE LIFE POLICY (TJ KOTHA IS INSURED; D | 0.00 | 0.00 | | 0.00 | FA |
| 44. UL MUTUAL OF OMAHA WHOLE LIFE POLICY (DEBTOR IS INSURED; DEA | 0.00 | 0.00 | | 0.00 | FA |
| 45. MUTUAL OF OMAHA TERM LIFE POLICY (SPOUSE IS INSURED; DEATH B | 0.00 | 0.00 | | 0.00 | FA |
| 46. GROUP UNIVERSAL LIFE TERM LIFE POLICY (DEBTOR IS INSURED; DE | 0.00 | 0.00 | | 0.00 | FA |
| 47. TERM LIFE INSURANCE POLICY HELD BY BANNER LIFE INSURED: POOR | 0.00 | 0.00 | | 0.00 | FA |
| 48. OFFICE SUPPLIES AND TABLET | 0.00 | 0.00 | | 0.00 | FA |
| 49. CREDIT BALANCE WITH CITY OF TAMPA UTILITIES | 1,054.70 | 0.00 | | 0.00 | FA |
| 50. CREDIT BALANCE WITH TAMPA ELECTRIC | 98.54 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $773,125.91   $918,981.00   $0.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

file merged with spouse,(ADMINISTRATIVELY CONSOLIDATED WITH 8:15-bk-10426-CPM

3/31/17  This case is being jointly administered with Husband's case.  POC bar date in this case runs on 4/17/17.  Once claims bar date runs, TFR will be filed.

4/21/17 Communications with C Burnette UST re: case issues involving consolidation with 8:15-bk-10426-CPM

5/1/17 Add'l communications with C Burnette UST re: case issues involving consolidation with 8:15-bk-10426-CPM

5/4/17 Meet with C Burnette. Determine that cases must be de-consolidated and administered separately 8:15-bk-10426-CPM

6/21/17 Begin process of determining what assets, and resulting cash from liquidation, belong to each estate 8:15-bk-10426-CPM

8/7/17 Complete process of determining what assets, and resulting cash from liquidation, belong to each estate 8:15-bk-10426-CPM

8/21/17 Begin drafting of pleading to separate cases so they can be administered separately 8:15-bk-10426-CPM


Initial Projected Date of Final Report (TFR): 05/30/2017        Current Projected Date of Final Report (TFR): 09/30/2017

Trustee Signature:    /s/ Larry S. Hyman, Chapter 7 Trustee      Date: 04/27/2018

Larry S. Hyman, Chapter 7 Trustee
P.O. Box 18625
Tampa, FL 33679
(813) 875-2701

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-12524  
Case Name: KOTHA, POORNIMA R  
JAWAHARLAL KOTHA  

Trustee Name: Larry S. Hyman, Chapter 7 Trustee  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 03/31/2018  

Blanket Bond (per case limit): $3,802,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

COLUMN TOTALS $0.00 $0.00  
Less: Bank Transfers/CD's $0.00 $0.00  
Subtotal $0.00 $0.00  
Less: Payments to Debtors $0.00 $0.00  
Net $0.00 $0.00  

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|   | $0.00 | $0.00 | $0.00 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Larry S. Hyman, Chapter 7 Trustee   Date: 04/27/2018

Larry S. Hyman, Chapter 7 Trustee
P.O. Box 18625
Tampa, FL 33679
(813) 875-2701

Page Subtotals:   $0.00   $0.00